1

2

# UNITED STATES DISTRICT COURT

3

## DISTRICT OF NEVADA

4

**-oOo-**

5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| 6 | ) | |
| Plaintiff, | ) | **2:06-cr-180-PMP** |
| 7 | ) | |
| vs. | ) | **ORDER** |
| 8 | ) | |
| ANTHONY SMITH, | ) | |
| 9 | ) | |
| Defendant. | ) | |
| 10 _____ | ) | |

11          Based upon the United States' unopposed motion to continue the response date, and

12    being fully advised in the premises, and good cause having been shown,

13          **IT IS HEREBY ORDERED** that the United States' response to the Defendant's

14    "Motion for Sentence Reduction" is **GRANTED**.

15          The response is now due not later than 5:00 p.m. on November 1, 2011.

16          **DATED** this 1st day of September, 2011.

17

18

19    _____

          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26