**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:06-cr-180-PMP-GWF |
| ANTHONY AHERN SMITH, | ) | |
| Defendant. | ) | **ORDER** |

The court has ordered that the defendant's "Motion for Sentence Reduction Pursuant to the Fair Sentencing Act of 2010" (#55) be referred to the Federal Public Defender for representation. Therefore;

IT IS HEREBY ORDERED that Federal Public Defender is appointed as counsel for all proceedings regarding the defendant's "Motion for Sentence Reduction Pursuant to the Fair Sentencing Act."

Dated this __ 8th day of November, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE